RECEIVED

MARCH 24, 2021

At: 8:30   3:05   pm

WILLIAM T. WALSH

CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Crim. No. 21-6014 (DEA) |
| | : | |
| FORD F. GRAHAM | : | **SEALING ORDER** |

This matter having been brought before the Court upon application of Rachael A. Honig, the Acting United States Attorney for the District of New Jersey (J. Brendan Day and Martha K. Nye, Assistant United States Attorneys, appearing), for an order sealing the criminal complaint and arrest warrant issued on this date against defendant Ford F. Graham, and for good cause shown,

IT IS on this 24th day of March, 2021,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the criminal complaint, arrest warrant, and this Order be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.  IT IS FURTHER ORDERED that, once the arrest warrant is executed that the criminal complaint, arrest warrant, and this Order be and hereby are unsealed.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE