## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
|---|---|---|
| | : | |
| v. | : | Mag. No. 21-6014 (DEA) |
| | : | |
| FORD F. GRAHAM | : | ORDER FOR A CONTINUANCE |

This matter having come before the Court on the joint application of
Rachael A. Honig, Acting United States Attorney for the District of New Jersey
(by J. Brendan Day and Martha K. Nye, Assistant United States Attorneys), and
defendant Ford F. Graham (by Christopher Olsen, Esq.), for an order granting a
continuance of the proceedings in the above-captioned matter from the date
this Order is signed through September 30, 2021 to permit defense counsel the
reasonable time necessary for effective preparation in this matter and to allow
the parties to discuss the matter and conduct plea negotiations in an effort to
resolve the case before grand jury proceedings and trial; and the defendant
being aware that he has the right to have the matter submitted to a grand jury
within 30 days of the date of his arrest pursuant to Title 18, United States
Code, Section 3161(b); and no prior continuances having been entered; and the
defendant, through his attorney, having consented to the continuance; and for
good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

(1)   The parties anticipate exchanging discovery and entering into plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2)   the defendant has consented to the aforementioned continuance;

(3)   the grant of a continuance will likely conserve judicial resources; and

(4)   Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 30st day of June, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through September 30, 2021; and it is further

ORDERED that the period from the date this Order is signed through September 30, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

J. Brendan Day
Martha K. Nye
Assistant United States Attorneys

6/30/21

Christopher Olsen, Esq.
Counsel for Defendant Ford F. Graham