**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> FORD GRAHAM | Mag. No. 21-6014 (DEA) |

**CONSENT ORDER FOR MODIFICATION OF BAIL**

THIS MATTER having come before the Court on the application of defendant, FORD GRAHAM, appearing by SCHWARTZ, HANNA, OLSEN, & TAUS P.C. (CHRISTOPHER OLSEN, ESQ. on the motion), for an Order modifying conditions of release in the above-captioned matter, and the UNITED STATES OF AMERICA, appearing by ASSISTANT UNITED STATES ATTORNEYS J. BRENDAN DAY, ESQ., and MARTHA K. NYE, ESQ., having consented thereto, and

WHEREAS an order permitting release on bail with certain conditions was entered by the Court (Docket Nos. 8, 11) on April 14-15, 2021; and

WHEREAS the Defendant, the United States and Pretrial Services have agreed to a temporary modification of the conditions of release set out in that Order;

IT IS on this 5th day of May, 2022, HEREBY ORDERED that the bail conditions for Defendant FORD GRAHAM are modified only to the following extent:

1. That Ford Graham be permitted to travel to Covington, Louisiana from May 11, 2022 until May 18, 2022. Mr. Graham shall be permitted to drive from his home in Virginia to his parents' home in Covington on May 11, 2022, and will return on May 18, 2022. Mr. Graham will be permitted to stay at his parents' home. Mr. Graham shall provide to

```
```
Pretrial Services the address where he will be staying and a phone number by which he can be reached there.

2. In the event that modifications to this itinerary are required due to medical issues or other similar complications involving Mr. Graham's parents, Mr. Graham shall immediately inform Pretrial Services, who shall have authority to allow modifications to Mr. Graham's expected travel and accommodations without order of the Court. Specifically, Pretrial Services shall be permitted to allow Mr. Graham to shorten the length of his trip, and to permit Mr. Graham to stay at his sister's home in New Orleans, Louisiana if necessary. To the extent Mr. Graham's itinerary is so-modified, he shall provide to Pretrial Services the address of his sisters' house at which he will be staying and a phone number by which he may be reached.

3. During Mr. Graham's travel, his Third-Party Custodian for the purposes of his existing bail conditions shall be his wife, Katherine Graham.

4. All other bail conditions remain intact.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

_____
J. Brendan Day
Martha K. Nye
Assistant United States Attorneys

_____ 5/4/22
Christopher Olsen
Counsel for Defendant Ford F. Graham