Christopher G. Olsen, Esq. – ID #036701999
**SCHWARTZ , HANNA, OLSEN & TAUS, P.C.**
51 Cragwood Road, Suite 102
South Plainfield, New Jersey 07080
(908)322-2333
Attorneys for Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA | : **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEW JERSEY** |
| v. | : |
| | : **Mag. No. 21-6014 (DEA)** |
| FORD F. GRAHAM | : |
| | **CERTIFICATION OF SERVICE** |
| | : |

CHRISTOHPER G. OLSEN, of full age certifies and says:

1. I am the attorney for the defendant in the above-entitled action.

2. On March 3, 2023, the defendant was forwarded the order dated March 1, 2023 granting my motion to be relieved as counsel via email (fgraham@vulcancapital.com), regular and certified mail (7019 2970 0001 2825 6717).

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                 **SCHWARTZ, HANNA, OLSEN & TAUS, P.C.**

By: _____
                                             CHRISTOPHER G. OLSEN

Dated: March 3, 2023