UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 3:21-MJ-06014-TJB |
| FORD GRAHAM | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that K. Anthony Thomas, Federal Public Defender for the District of New Jersey, has assigned Andrea G. Aldana, Esq., Assistant Federal Public Defender (andrea_aldana@fd.org), to represent Ford Graham in the above-captioned case, replacing Andrea Bergman, Esq.

Respectfully submitted,

*s/ Andrea G. Aldana*

Andrea G. Aldana, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
Texas Bar No. 24111086

Dated: March 14, 2024